UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-86-B-W |
| ) | |
| BONNY REYNOLDS ) | |

### SPEEDY TRIAL ORDER

    This matter comes before the Court upon the Defendant's Motion to Enlarge Time to File Pretrial Motions, filed on March 12, 2008, which the Court granted on March 13, 2008.  The Defendant's counsel has represented that, because of the press of ongoing business coupled with his relocation of his office, his ability to have addressed this matter on a more timely basis was impeded.  The Government has represented that it does not object to the granting of Defendant's motion.

    After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. The Court notes that Defendant has been and continues to be released on bail. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's Motion is hereby **GRANTED**.

2. The time period between March 4, 2008 and March 12, 2008 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161.

**SO ORDERED.**

Dated at Bangor, Maine, this 18th day of March, 2007.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge