UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-86-B-W |
| | ) |
| BONNY REYNOLDS a/k/a | ) |
| Bonny House | ) |
| Bonny Hutchins, | ) |
| | ) |
| Defendant | ) |

ORDER OF REVOCATION AND DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a hearing on revocation and detention was held on Thursday, May 01, 2008, commencing at 1:30 p.m. on the government's motion to revoke release and for detention pending trial of Defendant Bonny Reynolds in the above matter. I entered an Order Setting Conditions of Release on February 19, 2008, and an Amended Order Setting Conditions of Release on February 28, 2008. Defendant failed to appear before the court on Monday, April 28, 2008, for hearing on the Government's Motion for Revocation and her Motion to Suppress. A warrant for her arrest was issued on April 29, 2008.

Having fully considered the record before the Court, I find by clear and convincing evidence that Defendant Bonny Reynolds did violate the conditions of her release by failing to appear for her scheduled hearing. Her proffered excuse, that it was raining, simply does not justify her nonappearance in court. If, as she says, she anticipated problems in arranging transportation to court she should have notified her attorney and he could have sought a continuance or other remedial action on her behalf. Reynolds simply ignored her obligation to

the court.

The Government indicated it intended to file a written motion for psychiatric evaluation by May 2, 2008. I indicated that the defendant's counsel had seven business days to respond to the motion. Given Ms. Reynolds prior conduct not only vis-à-vis her court appearance, but also in regard to her irregular reporting by telephone and her failure to obtain psychiatric and/or psychological counseling, I am satisfied that there are no conditions available to me that would secure Ms. Reynolds' appearance or which she would be likely to bide by any condition or combination of conditions I might impose. See 18 U.S.C. § 3148(b)(2)(A-B).

It is therefore, ORDERED, that the bail previously entered in the matter be revoked. Defendant shall be detained pending trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of appearing in connection with a court proceeding.

May 2, 2008

/s/Margaret J. Kravchuk
U.S. Magistrate Judge